In the Matter of the Application of ARTHUR S. ARNOLD et al., as Executors and Trustees under the Will of SAMUEL F. NIRDLINGER, Deceased, Respondents.

NEW YORK THEATRE COMPANY, Appellant.

*Appeal — order of Appellate Division dismissing appeal from order denying motion to vacate or modify report of commissioners in proceeding for appraisal of stock — appeal therefrom dismissed.*

*Matter of Arnold*, 196 App. Div. 231, appeal dismissed.

(Argued June 2, 1921; decided October 11, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1921, which dismissed an appeal from an order of Special Term denying a motion to set aside or modify the report of commissioners appointed to appraise the value of certain shares of stock of the New York Theatre Company belonging to the estate of Samuel F. Nirdlinger, deceased. The Appellate Division held that " under the provisions of section 17 of the Stock Corporation Law the report of the appraisers in this proceeding was final and conclusive and that the court was without power to pass upon any exceptions filed to such report."

*Clarence J. Shearn* for appellant.

*Joseph P. Bickerton, Jr., Philip Wittenberg* and *Sidney R. Fleisher* for respondents.

Appeal dismissed, with costs, on authority of *Matter of Bickerton* (232 N. Y. 1).

Concur: HISCOCK, Ch. J., HOGAN, McLAUGHLIN and ANDREWS, JJ. Voting to affirm decision of Appellate Division: CARDOZO, POUND and CRANE, JJ.